| | |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD, | CASE NO. C19-0883-JCC |
| Plaintiff, | ORDER |
| v. | |
| PAULA KAVANAGH, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 6). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. Plaintiff's motion to dismiss the case without prejudice (Dkt. No. 7) raises an untimely objection to the report and recommendation. (*See* Dkt. Nos. 6, 7.) Under the circumstances, Plaintiff's motion to dismiss the case without prejudice (Dkt. No. 7) is DENIED. *See* Fed. R. Civ. P. 41(a).
2. The report and recommendation (Dkt. No. 6) is ADOPTED.
3. Plaintiff's complaint is DISMISSED with prejudice.
4. The Clerk shall send a copy of this order to Plaintiff and Judge Tsuchida.

//

//

1       DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0883-JCC
PAGE - 2